

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-13-00424-CV

Donald E. **CARTER**,
Appellant

v.

**ATTORNEY GENERAL OF THE STATE OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1993EM500955
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

After consideration of Appellant's Motion for Rehearing En Banc and Appellant's Amended Motion for Rehearing, the motions are DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court